# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00488-SKC

ALFREDO RAMIREZ-FRANCISCO,

    Petitioner,

v.

PAMELA BONDI, U.S. Attorney General,
KRISTI NOEM, Secretary of Homeland Security (DHS),
ROBERT GAUDIAN, Director of the Denver Field Office for U.S. Immigration and Customs Enforcement, and
JUAN BALTAZAR, Warden, Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,

    Respondents.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Orders (ECF Nos. 9 and 11) entered by U.S. District Judge S. Kato Crews, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 (ECF No. 1) is GRANTED. It is

FURTHER ORDERED that to the extent Petitioner's counsel seeks an award of attorney's fees, he must file a separate motion for fees that complies with the Federal Rules of Civil Procedure and the Local Rules of Practice for this District. It is

FURTHER ORDERED that this case is closed.

DATED at Denver, Colorado, this 23rd day of February, 2026.

        FOR THE COURT:

        Jeffrey P. Colwell, Clerk

        By: <u>s/C. Pearson, Deputy Clerk</u>

2